UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
CAISSE DE DÉPÔT ET PLACEMENT DU :  No. 07 Civ. 11484
QUÉBEC, :
: **DISCLOSURE**
                    Plaintiff, : **STATEMENT PURSUANT**
: **TO FED. R. CIV. P. 7.1(a)**
        - v. - :
:
VIVENDI, S.A., JEAN-MARIE MESSIER :
and GUILLAUME HANNEZO, :
:
                    Defendants. :
:
-----------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Caisse de dépôt et placement du Québec states that it is a government entity and not a corporation.

Dated: December 21, 2007

                                LABATON SUCHAROW LLP

                        By:     /s/ Lawrence A. Sucharow
                                _____
                                Lawrence A. Sucharow (LS-1726)
                                Eric J. Belfi (EB-8895)
                                Russel N. Jacobson (RJ-2268)
                                David J. Goldsmith (DG-7388)
                                Joseph A. Fonti (JF-3201)
                                140 Broadway
                                New York, New York 10005
                                Telephone: 212-907-0700
                                Facsimile:  212-883-7056

                                *Attorneys for Plaintiff Caisse*
                                *de dépôt et placement du Québec*

688189 v1
[12/21/2007 11:50]