UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x
: 
EURIZON CAPITAL SGR S.p.A., : No. 07 Civ. 11483
: 
                 Plaintiff, : Jury Trial Demanded
: 
      - v. - : 
: 
VIVENDI, S.A., JEAN-MARIE MESSIER : 
and GUILLAUME HANNEZO, : 
: 
                 Defendants. : 
: 
———————————————————————x

## NOTICE OF APPEARANCE

      Please enter the appearance of Joseph A. Fonti, a member of the bar of this Court, as counsel for Plaintiff Eurizon Capital SGR S.p.A. in the above-captioned action.

Dated: New York, New York        Respectfully submitted,
       January 14, 2008

                                        LABATON SUCHAROW LLP

                        By:   /s/ Eric J. Belfi
                                    Eric J. Belfi (EB-8895)
                                    Joseph A. Fonti (JF-3201)
                                    140 Broadway
                                    New York, New York 10005
                                    Telephone: 212-907-0700
                                    Facsimile: 212-818-0477

                                    *Attorneys for*
                                    *Plaintiff Eurizon Capital SGR S.p.A.*

Certificate of Service

      I hereby certify that on January 14, 2008, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice, and to be sent by U.S. mail, first class postage prepaid, to the following counsel:

Michael T. Reynolds
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

Michael J. Malone
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036

Michael E. Swartz, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

/s/ Joseph A. Fonti
Joseph A. Fonti (JF-3201)