UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————x
                                          :
CAISSE DE DÉPÔT ET PLACEMENT DU            :     No. 07 Civ. 11484
QUÉBEC,                                    :
                                          :     Jury Trial Demanded
                    Plaintiff,            :
                                          :
            - v. -                        :
                                          :
VIVENDI, S.A., JEAN-MARIE MESSIER          :
and GUILLAUME HANNEZO,                      :
                                          :
                    Defendants.           :
                                          :
————————————————————x

## NOTICE OF APPEARANCE

        Please enter the appearance of Mark S. Arisohn, a member of the bar of this Court, as

counsel for Plaintiff Caisse de Dépôt et Placement du Québec in the above-captioned action.


Dated: New York, New York              Respectfully submitted,
        January 14, 2008
                                        LABATON SUCHAROW LLP

                          By:    /s/  Eric J. Belfi
                                 Eric J. Belfi (EB-8895)
                                 Mark S. Arisohn (MA-2364)
                                 140 Broadway
                                 New York, New York  10005
                                 Telephone:  212-907-0700
                                 Facsimile:  212-818-0477

                                 *Attorneys for Plaintiff Caisse de Dépôt et
                                 Placement du Québec*

<u>Certificate of Service</u>

I hereby certify that on January 14, 2008, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice, and to be sent by U.S. mail, first class postage prepaid, to the following counsel:

Michael T. Reynolds                    Michael J. Malone
Cravath, Swaine & Moore LLP            King & Spalding LLP
Worldwide Plaza                        1185 Avenue of the Americas
825 Eighth Avenue                      New York, NY 10036
New York, NY 10019

                                       Michael E. Swartz, Esq.
                                       Schulte Roth & Zabel LLP
                                       919 Third Avenue
                                       New York, NY 10022


                                       /s/ Mark S. Arisohn
                                       Mark S. Arisohn (MA-2364)