UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x
:
CAISSE DE DÉPÔT ET PLACEMENT DU : No. 07 Civ. 11484
QUÉBEC, :
: Jury Trial Demanded
Plaintiff, :
:
- v. - :
:
VIVENDI, S.A., JEAN-MARIE MESSIER :
and GUILLAUME HANNEZO, :
:
Defendants. :
———————————————————————x

## NOTICE OF APPEARANCE

Please enter the appearance of Javier Bleichmar, a member of the bar of this Court, as counsel for Plaintiff Caisse de Dépôt et Placement du Québec in the above-captioned action.

Dated: New York, New York          Respectfully submitted,
       January 14, 2008
                                   LABATON SUCHAROW LLP

                            By:    /s/  Eric J. Belfi
                                   Eric J. Belfi (EB-8895)
                                   Javier Bleichmar (JB-0435)
                                   140 Broadway
                                   New York, New York  10005
                                   Telephone:  212-907-0700
                                   Facsimile:  212-818-0477

                                   *Attorneys for Plaintiff Caisse de Dépôt et*
                                   *Placement du Québec*

Certificate of Service

      I hereby certify that on January 14, 2008, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice, and to be sent by U.S. mail, first class postage prepaid, to the following counsel:

| | |
|---|---|
| Michael T. Reynolds<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019 | Michael J. Malone<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br><br>Michael E. Swartz, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 |

      /s/ Javier Bleichmar
      Javier Bleichmar (JB-0435)