UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE VIVENDI UNIVERSAL, S.A. SECURITIES
LITIGATION

This document relates to:

| | |
|---|---|
| 07 Civ. 5742 | 07 Civ. 7370 |
| 07 Civ. 7775 | 07 Civ. 7776 |
| 07 Civ. 7778 | 07 Civ. 7779 |
| 07 Civ. 7863 | 07 Civ. 7803 |
| 07 Civ. 8208 | 07 Civ. 8156 |
| 07 Civ. 9229 | 07 Civ. 8830 |
| 07 Civ. 9593 | 07 Civ. 10578 |
| 07 Civ. 10954 | 07 Civ. 10995 |
| 07 Civ. 11092 | 07 Civ. 11305 |
| 07 Civ. 11483 | 07 Civ. 11484 |
| 07 Civ. 11485 | 07 Civ. 11628 |
| 08 Civ. 0024 | 08 Civ. 0116 |
| 08 Civ. 0117 | 08 Civ. 0418 |
| 08 Civ. 1111 | 08 Civ. 0950 |
| 08 Civ. 01973 | 08 Civ. 1938 |
| 08 Civ. 01983 | 08 Civ. 01974 |
| 08 Civ. 01985 | 08 Civ. 01975 |

02 Civ. 5571 (RJH/HBP)
ECF CASE

## NOTICE OF MOTION OF DEFENDANTS' MOTION
## FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIVIDUAL
## PLAINTIFFS FOR FAILURE TO ESTABLISH RELIANCE

PLEASE TAKE NOTICE that, upon the Memorandum of Law, dated August 15,

2008, the Declaration of Douglas J. Dixon, executed on August 15, 2008, and exhibits thereto,

the Statement Pursuant to Civil Rule 56.1, and all prior pleadings and proceedings herein,

Defendants Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo hereby move this Court,

before Judge Richard J. Holwell, at the Courthouse, 500 Pearl Street, New York, New York, for

summary judgment pursuant to Fed. R. Civ. P. 56(b) on all claims brought by Plaintiffs in the

above-captioned individual actions under Section 18 of the Securities and Exchange Act of 1934,

as well as all claims for common law fraud and negligent misrepresentation, as set forth in more

detail in the accompanying memorandum of law; and granting such other and further relief as the

Court deems just and proper.

August 15, 2008.


KING & SPALDING LLP

    Michael J. Malone
    Paul A. Straus
    Lisa Albert

    1185 Avenue of the Americas
    New York, NY 10036
       (22) 556-2136
          pstraus@kslaw.com


*Attorneys for Defendant Jean-Marie
Messier*


CRAVATH, SWAINE & MOORE LLP,

by     *Paul C. Saunders*

       Paul C. Saunders
       Daniel Slifkin
       Michael A. Paskin
       Michael T. Reynolds
       Timothy G. Cameron
       Members of the Firm

    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019
      (212) 474-1000
         psaunders@cravath.com

*Attorneys for Defendant Vivendi, S.A.*


SCHULTE ROTH & ZABEL LLP

    Martin L. Perschetz
    Michael E. Schwartz
    Einat Philip

    919 Third Avenue
    New York, NY 10022
      (212) 756-2247
       martin.perschetz@srz.com

*Attorneys for Defendant Guillaume
Hannezo*


WEIL GOTSHAL & MANGES LLP

    James W. Quinn
    Jonathan D. Polkes
    Penny P. Reid

    767 Fifth Avenue
    New York, NY 10153
      (212) 310-8000
       james.quinn@weil.com

*Attorneys for Defendant Vivendi, S.A.*

TO :

Diane Zilka, Esq.
    Grant & Eisenhofer P.A.
        Chase Manhattan Centre
            1201 North Market Street
                Wilmington, DE 19801

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 7370, 07 Civ. 7779, 07 Civ. 7778, 07 Civ. 7776, 07 Civ. 7775, 07 Civ. 7803, 07 Civ. 7863, 07 Civ. 8208, 07 Civ. 953, 07 Civ. 11485, 08 Civ. 0024, 08 Civ. 0116, 08 Civ. 0117, 08 Civ. 1938, 08 Civ. 01985*

Anthony J. Harwood, Esq.
    Labaton Sucharow LLP
        140 Broadway
            New York, NY 10005

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 5742, 07 Civ. 10995, 07 Civ. 11305, 07 Civ. 11483, 07 Civ. 11484, 08 Civ. 0418*

Michael Elsner, Esq.
    Motley Rice LLC
        28 Bridgeside Boulevard
            Mount Pleasant, SC 29464

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8830, 07 Civ. 10578, 07 Civ. 10954, 07 Civ. 11628, 08 Civ. 0950, 08 Civ. 1111, 08 Civ. 01983*

Stuart L. Berman, Esq.
    Schiffrin Barroway Topaz & Kessler, LLP
        280 King of Prussia Road
            Radnor, PA 19087

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8156,07 Civ. 9929, 07 Civ. 11092, 08 Civ. 1973, 08 Civ. 1974, 08 Civ. 1975*